UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br> -v-<br><br>WESTPORT BIG & TALL, LLC,<br><br>       Defendant. | CIVIL ACTION NO. 23 Civ. 5310 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' proposed case management plan (ECF No. 20 (the "Plan")), the Court finds that an initial case management conference ("ICMC") is unnecessary, and orders as follows:

1. The ICMC scheduled for September 26, 2023 is CANCELLED.

2. By separate order, the Court will enter the Plan.

3. A telephone status conference is scheduled for **Tuesday, November 14, 2023 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:  New York, New York
     September 25, 2023

                   SO ORDERED.

                   _____
                   **SARAH L. CAVE**
                   **United States Magistrate Judge**