**MEMO ENDORSED**

# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Honorable Dale Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

October 20, 2023

Re:   *Case 1:23-cv-05310-DEH-SLC Toro v. Westport Big & Tall, LLC*
<u>Request for Extension of Time to Submit Opposition</u>

Dear Judge Ho:

Plaintiff respectfully submits this letter-motion to seek an extension of time to file an opposition to Defendant's Motion to Dismiss, which was filed on ECF on October 9, 2023. Defendant has consented to this request. The current deadline is October 23, 2023. Plaintiff seeks a three-week extension up to and until November 13, 2023 to allow additional time for research and drafting. This is the first time this relief is being requested and both Parties consent.

We thank the Court for its attention and consideration herein.

Respectfully submitted,

**MARS KHAIMOV LAW, PLLC**

<u>/s/ Mars Khaimov</u>
Mars Khaimov, Esq.

Attorneys for Plaintiff

Cc: all Counsel on ECF

Application GRANTED.
Plaintiff must respond to Defendants' Motion to Dismiss by November 13, 2023. Defendant shall file its reply by November 28, 2023.

The Clerk of Court is respectfully directed to terminate ECF No. 28.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 23, 2023
New York, New York

