UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself and all others similarly situated,

        Plaintiff,

  -v-

WESTPORT BIG & TALL, LLC,

        Defendant.

CIVIL ACTION NO. 23 Civ. 5310 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' stipulation of dismissal (ECF No. 30), the telephone status conference scheduled for today, November 14, 2023, is CANCELLED.

Dated:    New York, New York
           November 14, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**